IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARILYN R. & DAVID CAMPBELL, h/w | : | CIVIL ACTION |
| v. | : | |
|  | : | No. 02-2804 |
| ACME MARKETS, INC. | : | |
|  | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on August 14, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone:267-299-7072

Date: April 11, 2003

Copies:   Mike Coyle, Courtroom Deputy to Judge DuBois
Docket Clerk - Case File

    Counsel:   E. Douglas DiSandro, Esq.
                       Lois M. Shenk, Esq.

ARB2.FRM