DATE OF NOTICE:  April 11, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Marilyn R. Campbell, et al : | |
| : | |
| vs. : | |
| : | Civil Action No. 02-2804 |
| Acme Markets, et al : | |

**NOTICE**

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Thursday, May 8, 2003 at 4:45 P.M.,** with the Honorable Jan E. DuBois. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (215) 597-5579.

Attached is the Court's Scheduling and Discovery Policy and a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. You are also required to comply with the provisions of F.R.C.P. 26 (f) regarding a conference of the parties and submission of a report outlining a proposed case management plan.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only in exceptional cases.

_____
Michael Coyle
Deputy Clerk to Judge DuBois
267-299-7339

cc: E. Douglas Disanardo, Esq
    Lois M. Schenk, Esq.

Attachment