IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN R. & DAVID CAMPBELL, h/w | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-2804 |
| ACME MARKETS, INC. | : | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on September 12, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from 8/14/03 - NO FURTHER CONTINUANCES WITHOUT COURT APPROVAL.

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone: 267-299-7072

Date: July 24, 2003

Copies:    Mike Coyle, Courtroom Deputy to Judge DuBois
Docket Clerk - Case File

    Counsel:    E. Douglas DiSandro, Esq.
Lois M. Shenk, Esq.

ARB2.FRM